Alice Hadfield, Dr. TALIESIN S. HAGLIN, Dr. ALICE